JUDGE ROBERT J. BRYAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR09-5667RJB |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING MOTION TO CONTINUE TRIAL DATE |
| SHAWN A. GOLDFINCH | ) | |
| Defendant. | ) | |

Based on the defendant's motion to continue the trial date and the affidavit of defense counsel in support of the motion, noting the Government's lack of opposition to the motion, and incorporating the facts therein as part of this order, the Court makes the following additional findings of fact and conclusions of law:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(i).

3. The defense needs additional time to explore issues of some complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(7)(B)(ii).

ORDER GRANTING MOTION
TO CONTINUE TRIAL DATE                   1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**

4. Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation his defense. 18 U.S.C. § 3161(h)(7)(B)(iv).

NOW, THEREFORE,

IT IS HEREBY ORDERED that the trial date is continued from November 30, 2009 to March 15, 2010 at 9:30 am. The resulting period of delay from November 30, 2009, to March 15, 2010, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

Pretrial motions are due no later than February 19, 2010.

Pretrial conference shall be on March 5, 2010, at 8:30 am.

DONE this __30th__ day of October, 2009.

*[signature]*
Robert J Bryan
United States District Judge

Presented By:

*/s/ Russell V. Leonard*
Russell V. Leonard
Attorney for Defendant

ORDER GRANTING MOTION
TO CONTINUE TRIAL DATE — 2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington 98402**
**(253) 593-6710**