Judge Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> SHAWN A. GOLDFINCH <br> Defendant. | NO. CR09-5667 RJB <br><br> **ORDER TO SEAL** |

Based upon the motion of the United States, and the representations made therein, it is HEREBY ORDERED that

Exhibit A to United States' Response in Opposition to Defendant's Motion for Reduction in Sentence in this matter be FILED UNDER SEAL.

IT IS SO ORDERED.

DATED this 29th day of December, 2011.

*Robert J Bryan*
Robert J Bryan
United States District Judge

Presented by:

s/Michael Dion
MICHAEL DION
Assistant United States Attorney

ORDER TO SEAL - 1